# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. DIAZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>　　　　　　Respondent. | Case No. ED CV 12-1772 GW (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Motion for Extension of Time to File Habeas Petition, Summarily Dismissing Action Without Prejudice, and Denying Certificate of Appealability.

DATED: Nov. 9, 2012

　　　　　　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　　　　　　United States District Judge